1  MICHAEL J. AGOGLIA (CA SBN 154810)
   MAgoglia@mofo.com
2  GRANT C. SCHRADER (CA SBN 273498)
   GSchrader@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendant
   BANK OF AMERICA, N.A. and
7  BANK OF AMERICA CORPORATION

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   PETER MAZONAS and MARCIA MAZONAS,          Case No.    3:16-cv-00660-RS
12 individually and On Behalf of All Others
   Similarly Situated,                        **STIPULATION TO CONTINUE**
13                                             **CASE MANAGEMENT**
                         Plaintiffs,           **CONFERENCE AND DEADLINE**
14                                             **TO ANSWER COMPLAINT AND**
             v.                                **[~~PROPOSED~~] ORDER**
15
   NATIONSTAR MORTGAGE LLC.; BANK OF           Judge: Honorable Richard Seeborg
16 AMERICA, N.A.,; BANK OF AMERICA
   CORPORATION; and DOES 1 to 200, inclusive,
17
                         Defendants.
18

19

20

21

22

23

24

25

26

27

28

1      WHEREAS, on March 25, 2016, defendants Nationstar Mortgage LLC ("Nationstar"),

2   and Bank of America, N.A. and Bank of America Corporation (collectively, "Bank of America")

3   filed motions to dismiss plaintiffs' Complaint;

4      WHEREAS, those motions were set for hearing on May 12, 2016, along with an initial

5   case management conference that same day;

6      WHEREAS, on May 4, 2016, the Court issued an order granting defendants' motions to

7   dismiss plaintiffs' California Consumers Legal Remedies Act claim with prejudice, but denying

8   the motions with respect to plaintiffs' Truth-in-Lending Act, Unfair Competition Law, and breach

9   of contract claims based on plaintiffs' allegation that they made the full mortgage payment due

10  for November 1, 2013, but defendants failed to treat it as such (Dkt No. 32);

11     WHEREAS, the parties believe that settling disputed facts through informal discussions

12  will help either move the case toward resolution or clarify the issues in the action going forward,

13  and that there is a reasonable likelihood that the parties could, through good faith efforts, come to

14  a common understanding of the facts;

15     WHEREAS, the parties have agreed to engage in such good faith efforts, including toward

16  potentially resolving this case;

17     WHEREAS, a short continuance of the case management conference and deadline to

18  answer the Complaint will facilitate the parties' focus on resolving the case, thereby potentially

19  conserving the parties' and the Court's resources;

20     IT IS HEREBY STIPULATED by the parties, through their respective counsel of record,

21  that:

22     • The parties shall have until June 9, 2016, to meet and confer regarding the claims

23        in this case.  If there is no resolution, by June 9, 2016, defendants will file their

24        answers to the Complaint and the parties will submit an updated case management

25        conference statement with concrete proposals for the case schedule and plan.

26     • The parties request that the initial case management conference scheduled for May

27        12, 2016, be continued to Thursday, June 16, 2016, at 10 a.m., or such later time as

28        determined by the Court.

1          • The parties will exchange initial disclosures by May 17, 2016.

2          • Should the court not be inclined to grant the continuance, the parties will file a

3          joint initial case management conference statement as soon as practicable.

4      IT IS SO STIPULATED.

5

6   DATED: May 5, 2016                MORRISON FOERSTER LLP

7                                     By:    /s/ *Michael J. Agoglia*
                                            _____
8                                               Michael J. Agoglia

9                                     Attorneys for Defendants BANK OF AMERICA, N.A.
                                      and BANK OF AMERICA CORPORATION
10

11  DATED: May 5, 2016                SEVERSON & WERSON
                                      A Professional Corporation
12

13                                    By:    /s/ *Erik Kemp*
                                            _____
                                                Erik Kemp
14

15                                    Attorneys for Defendant NATIONSTAR MORTGAGE
                                      LLC
16

17  DATED: May 5, 2016                THE ARNS LAW FIRM

18
                                      By:    /s/ *Robert S. Arns*
19                                          _____
                                                Robert S. Arns
20
                                      Attorneys for Plaintiffs PETER MAZONAS and
21                                    MARCIA MAZONAS

22

23  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

24

25  Dated: May  5 , 2016              _____

26                                         Hon. Richard Seeborg
                                           United States District Judge

27

28