ROBERT S. ARNS, SBN 65071 (rsa@arnslaw.com)
JONATHAN E. DAVIS, SBN 191346 (jed@arnslaw.com)
ROBERT C. FOSS, SBN 275589 (rcf@arnslaw.com)
**THE ARNS LAW FIRM**
A Professional Corporation
515 Folsom St., 3rd Floor
San Francisco, CA 94109
Tel: (415) 495-7800
Fax: (415) 495-7888

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MAZONAS and MARCIA MAZONAS, individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC.; BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; and DOES 1 to 200, inclusive,<br><br>Defendants. | Case No.  3:16-cv-00660-RS<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND DEADLINE TO ANSWER COMPLAINT AND [~~PROPOSED~~] ORDER**<br><br>Judge:   Hon. Richard Seeborg |



 STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND DEADLINE TO ANSWER COMPLAINT AND [PROPOSED] ORDER

WHEREAS, on March 25, 2016, defendants Nationstar Mortgage LLC ("Nationstar"), and Bank of America, N.A. and Bank of America Corporation (collectively, "Bank of America") filed motions to dismiss plaintiffs' Complaint;

WHEREAS, those motions were set for hearing on May 12, 2016, along with an initial case management conference that same day;

WHEREAS, on May 4, 2016, the Court issued an order granting defendants' motions to dismiss plaintiffs' California Consumers Legal Remedies Act claim with prejudice, but denying the motions with respect to plaintiffs' Truth-in-Lending Act, Unfair Competition Law, and breach of contract claims;

WHEREAS, on May 5, 2015, the parties requested, and were granted by this Court, a continuance of the case management conference, from May 12, 2016 to June 16, 2016;

WHEREAS, the parties have engaged in good faith efforts to come to a common understanding of facts, exchanged relevant documents, and engaged in communications, including meeting in-person to discuss the matter;

WHEREAS, the parties believe that additional informal discussions will continue to move the case toward resolution and clarify the issues in the action, and that there is a reasonable likelihood that the parties could, through their continued good faith efforts, resolve the matter;

WHEREAS, an additional short continuance of the case management conference and deadline to answer the Complaint will facilitate the parties' focus on resolving the case, thereby potentially conserving the parties' and the Court's resources;

**IT IS HEREBY STIPULATED** by the parties, through their respective counsel of record, that:

- The parties shall have until July 8, 2016, to meet and confer regarding the claims in this case. If there is no resolution by July 8, 2016, defendants will file their answers to the Complaint by July 22nd, and the parties will submit a case management conference



statement at least one week before the date of the case management conference as set by the court.

DATED: June 9, 2016        By___/s/ Robert S. Arns_____
        ROBERT S. ARNS
        **THE ARNS LAW FIRM**
        Attorneys for Plaintiffs PETER MAZONAS & MARCIA MAZONAS

DATED: June 9, 2016        By___/s/ Erik Kemp_____
        ERIK KEMP
        **SEVERSON & WERSON**
        A Professional Corporation
        Attorneys for Defendant NATIONSTAR MORTGAGE LLC

DATED: June 9, 2016        By___/s/ Michael J. Agoglia_____
        MICHAEL J. AGOGLIA
        **MORRISON & FOERSTER, LLP**
        Attorneys for Defendants BANK OF AMERICA, N.A. and BANK OF AMERICA CORPORATION

**PURSUANT TO STIPULATION,** the case management conference currently set for June 16, 2016 at 10:00 a.m. will be continued to  August 11 , 2016, at  10:00  a.m. / ~~p.m.~~

**IT IS SO ORDERED.**

Dated:  6/9/16                                    _____
        Honorable District Judge Richard Seeborg
        UNITED STATES DISTRICT COURT

