ROBERT S. ARNS, SBN 65071 (rsa@arnslaw.com)
JONATHAN E. DAVIS, SBN 191346 (jed@arnslaw.com)
ROBERT C. FOSS, SBN 275489 (rcf@arnslaw.com)
**THE ARNS LAW FIRM**
A Professional Corporation
515 Folsom St., 3rd Floor
San Francisco, CA 94109
Tel: (415) 495-7800
Fax: (415) 495-7888

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MAZONAS and MARCIA MAZONAS, individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC.; BANK OF AMERICA, N.A.,; BANK OF AMERICA CORPORATION; and DOES 1 to 200, inclusive,<br><br>Defendants. | Case No.   3:16-cv-00660-RS<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Judge: Honorable Richard Seeborg |

1   Plaintiffs Peter Mazonas and Marcia Mazonas ("Plaintiffs") and Defendants Bank of
2 America, N.A. and Bank of America Corporation (collectively, "Bank of America") hereby
3 stipulate and request an order dismissing all of Plaintiffs' individual and putative class claims
4 against Bank of America without prejudice.  Each party shall bear its own costs and attorneys'
5 fees.

7   DATED:  July 20, 2016         MORRISON FOERSTER LLP

8                     By:    /s/ *Michael J. Agoglia*
9                              Michael J. Agoglia

10                    Attorneys for Defendants BANK OF AMERICA, N.A.
                      and BANK OF AMERICA CORPORATION

12   DATED:  July 20, 2016         THE ARNS LAW FIRM

14                    By:    /s/ *Robert S. Arns*
                             Robert S. Arns

15                    Attorneys for Plaintiffs PETER MAZONAS and
16                    MARCIA MAZONAS

18   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

20   Dated: July 20 , 2016         _____
                                   Hon. Richard Seeborg
21                                 United States District Judge