1  ROBERT S. ARNS, SBN 65071 (rsa@arnslaw.com)
   JONATHAN E. DAVIS, SBN 191346 (jed@arnslaw.com)
2  ROBERT C. FOSS, SBN 275589 (rcf@arnslaw.com)
   **THE ARNS LAW FIRM**
3  A Professional Corporation
4  515 Folsom St., 3rd Floor
   San Francisco, CA 94109
5  Tel: (415) 495-7800
   Fax: (415) 495-7888
6
7  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PETER MAZONAS and MARCIA MAZONAS, individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC.; BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; and DOES 1 to 200, inclusive,<br><br>Defendants. | Case No. 3:16-cv-00660-RS<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND DEADLINE TO ANSWER COMPLAINT AND [PROPOSED] ORDER**<br><br>Judge: Hon. Richard Seeborg |
|---|---|

WHEREAS, on March 25, 2016, defendants Nationstar Mortgage LLC ("Nationstar"), and Bank of America, N.A. and Bank of America Corporation (collectively, "Bank of America") filed motions to dismiss plaintiffs' Complaint;

WHEREAS, those motions were set for hearing on May 12, 2016, along with an initial case management conference that same day;

WHEREAS, on May 4, 2016, the Court issued an order granting defendants' motions to dismiss plaintiffs' California Consumers Legal Remedies Act claim with prejudice, but denying the motions with respect to plaintiffs' Truth-in-Lending Act, Unfair Competition Law, and breach of contract claims;

WHEREAS, on May 5, 2015, the parties requested, and were granted by this Court, a continuance of the case management conference, from May 12, 2016 to June 16, 2016;

WHEREAS, on June 9, 2016, the parties requested, and were granted by this Court, a continuance of the case management conference, from June 16, 2016 to August 11, 2016;

WHEREAS, the parties have engaged in good faith efforts to come to a common understanding of facts, exchanged relevant documents, and engaged in communications, including meeting in-person to discuss the matter;

WHEREAS, the parties believe that additional informal discussions will continue to move the case toward resolution and clarify the issues in the action, and that there is a reasonable likelihood that the parties could, through their continued good faith efforts, resolve the matter;

WHEREAS, an additional short continuance of the case management conference and deadline to answer the Complaint will facilitate the parties' focus on resolving the case, thereby potentially conserving the parties' and the Court's resources;

**IT IS HEREBY STIPULATED** by the parties, through their respective counsel of record, that:

- The parties shall have until August 19, 2016, to meet and confer regarding the claims in this case. If there is no resolution by August 19, 2016, defendants will file their



**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND DEADLINE TO ANSWER COMPLAINT AND [PROPOSED] ORDER**

answers to the Complaint by September 2, 2016, and the parties will submit a case management conference statement at least one week before the date of the case management conference as set by the court.

DATED: July 20, 2016      By ___/s/ Robert S. Arns_____
    ROBERT S. ARNS
    **THE ARNS LAW FIRM**
    Attorneys for Plaintiffs PETER MAZONAS & MARCIA MAZONAS

DATED: July 20, 2016      By ___/s/ Gurinder S. Grewal_____
    GURINDER S. GREWAL
    **SEVERSON & WERSON**
    A Professional Corporation
    Attorneys for Defendant NATIONSTAR MORTGAGE LLC

**PURSUANT TO STIPULATION,** the case management conference currently set for August 11, 2016 at 10:00 a.m. will be continued to __9/15__, 2016, at __10:00__ a.m. / ~~p.m.~~

**IT IS SO ORDERED.**

Dated: __7/21/16__      _/s/ Richard Seeborg_
Honorable District Judge Richard Seeborg
UNITED STATES DISTRICT COURT

---

**ECF ATTESTATION**

I, Robert S. Arns, am the ECF User whose ID and password are being used to file the following: STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND DEADLINE TO ANSWER COMPLAINT AND [PROPOSED] ORDER. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Erik Kemp and Michael Agoglia have concurred in this filing.

Dated: July 20, 2016      THE ARNS LAW FIRM

    By:  __/s/ Robert S. Arns__
         ROBERT S. ARNS