UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER MAZONAS, et al.,

    Plaintiffs,

v.

NATIONSTAR MORTGAGE LLC,

    Defendant.

Case No. 16-cv-00660-RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **November 14, 2016**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **November 17, 2016, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: September 15, 2016

_____
Richard Seeborg
United States District Judge