Robert S. Arns, (# 65071, rsa@arnslaw.com)
Jonathan E. Davis
(#191346, jed@arnslaw.com)
Robert C. Foss
(#275489, rcf@arnslaw.com)
**THE ARNS LAW FIRM**
515 Folsom Street, 3rd Floor
San Francisco, CA 94105
Tel:    (415) 495-7800
Fax:    (415) 495-7888
Attorneys for Plaintiffs

ERIK KEMP (State Bar No. 246196)
ek@severson.com
GURINDER S. GREWAL (State Bar No. 277975)
gsg@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3.344
Facsimile: (415) 956-0439
Attorneys for Defendant
NATIONSTAR MORTGAGE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER MAZONAS and MARCIA MAZONAS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC; BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; and DOES 1-200, inclusive<br><br>Defendants. | **Case No. 3:16-cv-00660-RS**<br><br>ORDER<br>**STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS WITH PREJUDICE**<br><br>[F.R.C.P. 41(a)(1)(A)(ii)]<br><br>**Judge: Hon. Richard Seeborg**<br>**Complaint Filed**: January 8, 2016<br>**Trial Date**: None Set |

-1-
**STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS WITH PREJUDICE**
Case No. 3:16-cv-00660-RS

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their respective counsel, hereby stipulate to the dismissal of all claims of Plaintiffs Peter Mazonas and Marcia Mazonas, with prejudice, against the remaining Defendant in this action, Nationstar Mortgage, LLC.  The claims made by Plaintiffs on behalf of the unnamed members of the putative class are dismissed without prejudice.  Each party shall bear its own costs and attorneys' fees.

Dated: November 23, 2016

THE ARNS LAW FIRM

By:  /s/  Robert S. Arns
    Robert S. Arns
    Jonathan E. Davis
    Robert C. Foss
Attorneys for Plaintiffs

SEVERSON & WERSON

By:  /s/ Gurinder S. Grewal
    Erik Kemp
    Gurinder S. Grewal
Attorneys for Defendant Nationstar Mortgage LLC

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Richard Seeborg]

Date: 11/28/16

ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Robert S. Arns, hereby attest that concurrences in the filing of this document have been obtained from each of the signatories.

/s/  Robert S. Arns